SMB
8/6/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Isreal HERNANDEZ-Rodriguez,**<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

2008 AUG -6 AM 10: 40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Magistrate Docket No.

'08 MJ 2435

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

BY: _____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **August 5, 2008** within the Southern District of California, defendant, **Isreal HERNANDEZ-Rodriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6**th **DAY** OF **AUGUST 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

*SmR*
*8/6/08*

**CONTINUATION OF COMPLAINT:**
**Isreal HERNANDEZ-Rodriguez**

### PROBABLE CAUSE STATEMENT

At approximately 3:00 a.m. on August 5, 2008, Field Operations Supervisor D. Parks, responded to infrared scope operator Agent R. Marta's observation of five subjects that were walking northbound. This area is located approximately five miles east of the Tecate, California Port of Entry and one mile north of the United States/Mexico international border.

Agent Marta directed Agent Parks to the area. Agent Parks then found five subjects that were attempting to conceal themselves in the surrounding boulders and thick brush. Agent Parks identified himself as a United States Border Patrol Agent and questioned them as to their citizenship.  All five, including one later identified as the defendant **Isreal HERNANDEZ-Rodriguez**, admitted to being citizens and nationals of Mexico without immigration documents that would allow him to enter or remain in the United States legally. Agent Parks placed all five subjects under arrest and arranged for their transportation to the processing facility in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history.  The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card.  Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 12, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.